USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK MAGNER,

Plaintiff,

-against-

ALVANON, INC., ALVANON HK, LTD, JANICE WANG, in her corporate capacities as CEO of Alvanon, Inc. and Alvanon HK, LTD and in her individual capacity, JASON WANG, in his corporate capacity as COO of Alvanon HK, LTD and Alvanon, Inc. and in his individual capacity, ERIC LEE, in his corporate capacity as Executive Director of Alvanon, Inc. and in his individual capacity, and AGNES SERRANT, in her corporate capacity of General Manager/HR of Alvanon, Inc. and in her individual capacity,

Defendant.

1:24-cv-09190-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Defendants submitted a request for a pre-motion conference on their anticipated motion to dismiss the Plaintiff's complaint on January 31, 2025. [ECF No. 27]. The Defendants noted that the request was not on consent, *see* [ECF No. 27]; however, Plaintiff has failed to submit an opposition within three business days, as required by this Court's Individual Rules of Practice. After reviewing the arguments set out in the Defendants' submission, the motion for a pre-motion conference is DENIED, and Defendants are GRANTED leave to file a motion to dismiss on the schedule set forth below.

IT IS FURTHER ORDERED that on or before February 13, 2025, Plaintiff must inform the Court via letter whether she intends to amend his complaint. This will be Plaintiff's last opportunity to amend the complaint in response to arguments raised in the parties' letters.

IT IS FURTHER ORDERED that if the Plaintiff does not amend his complaint, Defendants must file their motion to dismiss on or before February 27, 2025. Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

IT IS FURTHER ORDERED that if the Plaintiff elects to amend his complaint, the amended complaint is due on or before February 27, 2025. Defendants must respond to any amended complaint within 14 days of their filing. In the event Defendants file a new motion to dismiss, the briefing for that motion will be on the schedule set forth in Local Rule 6.1(b).

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

The clerk of Court is respectfully requested to terminate docket entries 13, 14, and 15.

**SO ORDERED.**

**Dated: February 6, 2025**
**New York, New York**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**