# EXHIBIT 1

Case 1:24-cv-09199-MKV Document 11-3 Filed 02/27/25 Page 2 of 16

**From:** **Janice Wang** janice.wang@alvanon.com
**Subject:** Management changes US office
**Date:** May 23, 2024 at 4:53 AM
**To:** us.all us.all@alvanon.com, uk.all uk.all@alvanon.com, hk.all hk.all@alvanon.com

Dear everyone,

Please join us in congratulating Agnes Serrant and Venice Chua on their recent promotions.

Agnes - who you all know has been with us since day 1, is now General Manager, Americas. Agnes has oversight over all HR, administration, operations and finance.

Venice has been promoted to Financial Controller from Director of Financial Reporting. Venice has oversight over the US finance team.

Thank you to both Agnes and Venice for everything they do. They really are very deserving.

Best
Janice, Jason, Jon

--

alvanon

**Janice Wang**
Chief Executive Officer
HK +852.2423.6786
NY +1.212.868.4318
UK +44.207.792.5977
alvanon.com

**UNANIMOUS WRITTEN CONSENT OF**
**BOARD OF DIRECTORS OF**
**ALVANON, INC.**

The undersigned, being the President and Vice President of Alvanon, Inc., a Delaware corporation (the "Corporation"), hereby approve, consent to and adopt the following resolution:

CHIEF FINANCIAL OFFICER

Resolved, that the Corporation has increased the signing authority of Joseph J. Fittipaldi on its bank account (Interaudi Bank Account # 617010), increasing the limit on his ability to make cash disbursements from $125,000.00 to $200,000.00.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent, as of the 1st day of MARCH, 2012.

**ALVANON, INC**

**BY:** ____________________

**NAME:** JANICE WANG

**TITLE:** PRESIDENT.

**BY:** ____________________

**NAME:** JASON WANG

**TITLE:** VICE PRESIDENT

# EXHIBIT 2

Case 1:24-cv-09190 Document 1-1 Filed 12/02/24 Page 5 of 16

**From:** **Agnes Serrant** agnes.serrant@alvanon.com
**Subject:** IT Support - US Office
**Date:** July 12, 2024 at 10:24 AM
**To:** us.all us.all@alvanon.com
**Cc:** Stephen Sze stephen.sze@alvanon.com, Roy Yeung roy.yeung@alvanon.com, Eric Chan eric.chan@alvanon.com, Jason Wang jason.wang@alvanon.com, Janice Wang janice.wang@alvanon.com

Hi All,

My apologies for the delayed notification.

As most of you are aware, Raj is no longer with Alvanon. We are in the process of finding support for the US office as soon as possible.

In the meantime, for technical support, please reach out to Stephen, Roy and Eric Chan who are copied on this email. Please include them all in your email in order to get quick support.

**Stephen Sze** stephen.sze@alvanon.com
**Roy Yean** roy.yeung@alvanon.com
**Eric Chan** eric.chan@alvanon.com

Thank you for your patience and understanding.

Best regards,

alvanon

**Agnes Serrant** General Manager, Americas
**tel** +1.212.868.4318 x114
**fax** +1.212.868.4319
102 W 38th Street, 4th Floor
New York, NY 10018
alvanon.com



# EXHIBIT 3

Walmart México y Centroamérica

**FO-3453 V2**
**Apendix 2 Compliance**

| Supplier Information | |
|---|---|
| Full Name / Company's name: | **Alvanon HK, Ltd** |
| Date of birth (Individuals): | |
| Country of birth/Country of incorporation: | **Cayman Islands** |
| Citizenship: | |
| Country of Tax Residence: | |
| Website | **https://alvanon.com/** |

Are you a Walmart supplier in other country?
Yes __X__ Where? Canada, Chile, China, etc. No___

The supplier is a Public Company? Yes ☐ No ☒
Yes, Ticker Symbol ____________________
Is the company an intermediary/ broker? Yes ☐ No ☒
Yes, specify who will get the merchandise that will provide us or who represents:
_______________________________________________
_______________________________________________

**Legal representative information**

| Full Name | Date of Birthday | #ID |
|---|---|---|
| Joseph J. Fittipaldi | 20 May 1964 | 504698405 |

**Owners Information.** Include the full name of the owners of the Company, percentage of participation and date of birthday

| Full Name | % | Date of Birthday |
|---|---|---|
| Janice Wang | 15.6 | |
| Jason Wang | 15.6 | |
| Jonathan Wang | 12.6 | |
| Sino Prosper Holding Inc. | 56.2 | |
| | | |
| | | |
| | | |

If any of the owners is another company, please list their respective owners and their percentage of participation.

| Nombre Completo | % |
|---|---|
| Sino Prosper Holding | |
| Janice Wang | 20% |
| Jason Wang | 20% |
| Jonathan Wang | 20% |
| Jeffrey Wang | 20% |
| Jeremy Wang | 20% |

Case 1:24-cv-09199-MKV Document 12-2 Filed 01/27/25 Page 8 of 16

Walmart
México y Centroamérica

**Description of product:**

Mannequins

**Country of origin of the product: China**

| Frequency of transactions | |
|---|---|
| **Choose any of the options**: Weekly, Monthly, biannual, annually or seasonal | seasonal |

**Signatures**

I hereby certify that the information and documentation provided is correct, accurate, complete and current. I hereby agree to notify immediately any relevant changes regarding the information hereby provided.

Supplier

[signature]
Name and signature of Legal Representative
JOSEPH J. FITTIPALDI

**DOCUMENTATION**

Please provide the following documentation:

a) Document containing current Owners and % of shares
b) Copy of Legal Representative's ID
c) Copy of Tax Payers Registry

# EXHIBIT 4

**LAW OFFICES OF JIMMY M. SANTOS,PLLC**

*CivilRights, Labor &Employment, & Civil Litigation*

Jimmy M. Santos, Esq.
Phone (845) 537-7820
Email: jmssesq@gmail.com
www.nycivilrightslaw.com

28 Wilson Place
Cornwall, New York 12518
Fax: (845) 595-2266

November 27, 2024

**VIA FEDERAL EXPRESS**

Office of the New York Attorney General
Harlem Regional Office
163 West 125th Street, Suite 1324
New York NY 10027

Re: *Frederick Magner v. Alvanon, Inc., et al.*
Notice of of Intent to File Suit

Dear Sir/ Madam:

I represent Mr. Magner in connection with labor law claims he has against his former employer under Article 6 of the New York Labor Law.

Attached is a copy of the complaint we intend to file with the U.S. District Court for the Southern District of New York (the "SDNY").

Please do not hesitate to contact me if you have any questions.

Thank you for your attention.

Sincerely,

Jimmy M. Santos

Jimmy M. Santos, Esq.

Cc: Mr. Frederick Magner
(via email w/ enc.)

# EXHIBIT 5

alvanon

# PURCHASE AGREEMENT

Alvanon HK, Ltd
29-37 Kwai Wing Road
10/F Sing Mei Ind. Bldg
Kwai Chung, N.T.
Hong Kong
T: +852.2423.6786
F: +852.2428.5210
hk.sales@alvanon.com

## PERSONALIZE DEVELOPMENT

| Client: | Ship to: | Tel: | Email: | PA Ref#: | Issue Date: |
|---|---|---|---|---|---|
| H&E<br>Rocio Velazquez<br>Progreso #46<br>11800 Cuauhtemoc<br>Col Escandon CDMX<br>Mexico | H&E<br>Rocio Velazquez<br>Progreso #46<br>11800 Cuauhtemoc<br>Col Escandon CDMX<br>Mexico | +52 55 21382607 | rovelflo@yahoo.com.mx | | 11-Sept-24<br>This agreement is valid for 30 days from issue date. |

This purchase agreement is between "H&E", hereinafter referred to as Client, and Alvanon HK, Ltd., hereinafter referred to as Alvanon.

## PRODUCTS AND SERVICES COST SUMMARY

| AlvaForm Development | Qty | Price per Unit | Discount | Total |
|---|---|---|---|---|

## AlvaForm Production Units

| | AlvaForm | AlvaForm VBID | AlvaForm Series | Qty | Price per Unit | Discount | Price |
|---|---|---|---|---|---|---|---|
| **Body 1** | H&E Junior 7 Full Form | HHE-WJR0007-2409-WF0F | Alvanon Standard Global Junior | 1 | 2,425.00 | 10.00 % | 2,182.50 |
| **Body 2** | H&E Girl 10 Full Form With Head | HHE-GGLN010-2409-GFHF | Alvanon Standard US ASTM Girl (2023) | 1 | 1,975.00 | 10.00 % | 1,777.50 |
| **Body 3** | H&E Classic Men 40 Full Form | HHE-MMNN040-2409-MF0F | Alvanon Standard North America Classic Men | 1 | 2,675.00 | 10.00 % | 2,407.50 |
| **Body 4** | H&E Women 14W Full Form | HHE-WMSN014-2409-WF0F | Alvanon Standard North America Women | 1 | 2,425.00 | 10.00 % | 2,182.50 |
| **Personalize Modified Fee** | | HHE-WJR0007-2409-WF0F | | | 2,800.00 | 100.00 % | 0.00 |

| Miscellaneous Items | | Qty | Price per Unit | | Total |
|---|---|---|---|---|---|
| Handling Fee | | 4 | 135.00 | | 540.00 |
| Subtotal | | | | | 9,090.00 |
| Tax | No Tax | | | | |
| **Total** | | | | **USD** | **9,090.00** |

- All prices quoted in "USD"

## REMARKS

N/A

## PAYMENT TERMS

| | | | |
|---|---|---|---|
| 100.00 % | upon project commitment: | USD | 9,090.00 |

## SHIPPING METHOD

| Shipping Method | Account Carrier | Carrier Account Number |
|---|---|---|
| Other | | |

alvanon

Alvanon HK, Ltd
29-37 Kwai Wing Road
10/F Sing Mei Ind. Bldg
Kwai Chung, N.T.
Hong Kong
T: +852.2423.6786
F: +852.2428.5210
hk.sales@alvanon.com

## SPECIAL TERMS AND CONDITIONS

N/A

## SIGNATURES

By signing below, both parties agree to the terms and conditions listed in this purchase agreement.

**H&E**

Signature:

Name:

Title:

Date:

**Alvanon HK, Ltd.**

Signature:

Name: Fred Magner

Title: Regional Director, Americas

Date: 9/11/2024

alvanon

Alvanon HK, Ltd
29-37 Kwai Wing Road
10/F Sing Mei Ind. Bldg
Kwai Chung, N.T.
Hong Kong
T: +852.2423.6786
F: +852.2428.5210
hk.sales@alvanon.com

## PURCHASE AGREEMENT - personalization developments

**Client:** **DISTRIBUIDORA DE TEXTILES AVANTE, S.A. DE C.V.**
**Laura Patricia Castro Soria**
**Av. Industria Automotriz No. 128**
**Parque Industrial El Coecillo**
**Toluca Estado de Mexico C.O. 50200**
**Mexico**
**Tel:** **52 722 279 0900** **Email: lcastros@avantetextil.com**

**Issue Date:** June 25, 2019
*This agreement is valid for 30 days from issue date.*

This purchase agreement is between DISTRIBUIDORA DE TEXTILES AVANTE, S.A. DE C.V. , hereinafter referred to as ***Client***, and Alvanon HK, Ltd hereinafter referred to as Alvanon.

| Description | AlvaForm VBID | Personalized Modified Fee | Qty. | Unit Price | Disc. | Price |
|---|---|---|---|---|---|---|
| Avante Textil Girl 14 Full Form | AVT-GGL0014-1902 | | 1 | 1975 | 15% | 1,678.75 |
| Avante Textil Men Regular 40 Head Form | AVT-MMN0040-1806 | | 1 | 330 | 15% | 280.50 |
| Avante Textil Missy Straight 8 Head Form | AVT-WMS0008-1808 | | 1 | 330 | 15% | 280.50 |
| Avante Textil Missy Straight 10 Head Form | AVT-WMS0010-1808 | | 1 | 330 | 15% | 280.50 |
| **Subtotal** | | | | | | **2,520.25** |
| Handling Fee | | | 1 | 135 | | 135.00 |
| Tax | No Tax | | | | USD | |
| **Total** | | | | | **USD** | **2,655.25** |

- *All prices are quoted in* USD

**SPECIAL NOTES**

**PAYMENT TERMS**
100% upon project commitment: USD 2,655.25

**SHIPPING METHOD**

**SIGNATURES**
By signing below, both parties agree to the terms and conditions listed in this purchase agreement.

**DISTRIBUIDORA DE TEXTILES AVANTE, S.A. DE C.V.**
Name: ______________________
Title: ______________________
Signature: ______________________
Date: ______________________

**Alvanon HK, Ltd**
Name: FREDERICK MAGNER
Title: DIRECTOR OF AMERCAS
Signature: FREDERICK MAGNER
Date: 06/26/2019

# EXHIBIT 6


MON
30
TUE
1
WED
2
THU
3
Home
Home
Home
Office
Access Removal Request: US Sales Team
Thursday, October 3 · 9:30 – 10:30am
3 guests
1 yes
2 awaiting
Eric Chan
Eric Lee
Office
Roy Yeung
IT Support Calendar
Created by: Roy Yeung
*HK, 9am
Eric/Agnes
11am – 12pm
Ralph/Eric
12 – 12:45pm
PD TB
OOO.