UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

FREDERICK MAGNER,

                            Plaintiff,

                     v.

ALVANON, INC., ALVANON HK, LTD., JANICE WANG, in her corporate capacities as CEO of Alvanon, Inc. and Alvanon HK, LTD., and in her individual capacity, JASON WANG, in his corporate capacity as COO of Alvanon HK, LTD. and Alvanon, Inc. and in his individual capacity, ERIC LEE, in his corporate capacity as Executive Director of Alvanon, Inc. and in his individual capacity, and AGNES SERRANT, in her corporate capacity of General Manager/HR of Alvanon, Inc. and in her individual capacity,

                            Defendants.

Docket No. 24-CV-9190-MKV

------------------------------------------------------------ x

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE THAT**, upon the annexed Declaration of Brian Murphy dated March 13, 2025 together with Exhibit A appended thereto, Defendants' Memorandum of Law in Support of its Motion to Dismiss the First Amended Complaint, and upon all of the papers and proceedings herein, Defendants Alvanon, Inc., Alvanon HK, Ltd., Janice Wang, Jason Wang, Eric Lee, and Agnes Serrant ("Defendants"), will move this Court on a date and time to be set by the Court, before the Honorable Mary Kay Vyskocil, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007 for an order: (i) dismissing the First Amended Complaint in its entirety and with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(i); and (ii) for such other and further relief as the Court may deem just and proper.

-2-

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's February 6, 2025 Order and Local Rule 6.1(b) of the Local Rules for the Southern and Eastern Districts of New York, Plaintiff's opposition papers, if any, are to be served on the undersigned on or before March 27, 2025, and Defendants' reply papers are to be served on Counsel to Plaintiff on or before April 3, 2025.

Dated: New York, New York
       March 13, 2025

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Brian Murphy
    Brian D. Murphy
    Jamie Moelis
    30 Rockefeller Plaza, 39th Floor
    New York, New York  10112
    Telephone:  (212) 653-8700
    Facsimile:  (212) 653-8701
    bmurphy@sheppardmullin.com
    *Attorney for Defendants*