**LAW OFFICES OF JIMMY M. SANTOS,PLLC**

*Civil Rights, Labor &Employment, & Civil Litigation*

Jimmy M. Santos, Esq.
Phone (845) 537-7820
Email: jmssesq@gmail.com
www.nycivilrightslaw.com

28 Wilson Place
Cornwall, New York 12518
Fax: (845) 595-2266

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 5/5/2025

`May 5, 2025

**VIA ECF**

The Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re: *Magner v. Alvanon, Inc, et al.*
Civil Action No 24-CV-9190-MKV

Dear Judge Vyskocil:

I am following up with respect to the letter-motion I filed/ served on Friday requesting that the Court allow the late filing of Plaintiff's opposition papers and accept the brief which lacks the table of contents and table of authorities.

Defendants' counsel returned from vacation and advised me that defendants consent to Plaintiff's application.

As I stated in my May 2nd letter-motion, if Your Honor would like me to file/serve a brief with a full table of contents and authorities, I will do so.

Thank you for Your Honor's attention to this matter.

Respectfully Submitted,

*/S/ Jimmy M. Santos*
Jimmy M. Santos, Esq. (JS-0947)

This request is untimely. Plaintiff is admonished to follow this Court's individual rules. Nevertheless, Plaintiff's request for a one day extension is GRANTED *nunc pro tunc.* Plaintiff shall file his opposition adding only a table of contents and table of authorities on or before May 9, 2025. The Clerk of Court is respectfully requested to terminate the letter motions at docket numbers 41 and 42.

SO ORDERED.

Date: 5/5/2025
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge