✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN **District of** NEW YORK

FREDERICK MAGNER

Plaintiff (s),

V.

ALANON, INC. ET AL

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 24-CV-09190 (MKV)

Notice is hereby given that, subject to approval by the court, John J. Thompson, Esq. (Party (s) Name) substitutes Jimmy M. Santos, Esq. (Name of New Attorney), State Bar No. 2772689 as counsel of record in place of Jimmy M. Santos, Esq. (JS-0947) (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Thompson & Skrabanek, PLLC
- Address: 515 Madison Avenue, 31st Floor New York, NY 10022
- Telephone: (646) 568-4010      Facsimile: N/A
- E-Mail (Optional): jt@ts-firm.com

I consent to the above substitution.

Date: 8/13/2025

(Signature of Party (s))

I consent to being substituted.

Date: 8/13/2025

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/13/2025

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/13/2025

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**