USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK MAGNER,

                Plaintiff,

           -against-

ALVANON, INC., ALVANON HK, LTD, JANICE
WANG, in her corporate capacities as CEO of Alvanon,
Inc. and Alvanon HK, LTD and in her individual
capacity, JASON WANG, in his corporate capacity as
COO of Alvanon HK, LTD and Alvanon, Inc. and in his
individual capacity, ERIC LEE, in his corporate capacity
as Executive Director of Alvanon, Inc. and in his
individual capacity, and AGNES SERRANT, in her
corporate capacity of General Manager/HR of Alvanon,
Inc. and in her individual capacity,

                Defendant.

1:24-cv-09190-MKV

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have reached a settlement in principle. [ECF No. 61]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by April 11, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  March 12, 2026**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge